John H. Glesson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* October 22, 1907).

Writ of Error to Circuit Court, Jackson county, J. Emmet Wolfe, Judge.

No appearance for plaintiff in error.

W. H. Ellis, Attorney General, for the state.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for defendant in error.